JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PARKER, | CASE NO. 2:12-CV-64-SVW-FFM |
| Plaintiff, | ORDER REMOVING CASE FROM ACTIVE CASELOAD |
| v. | |
| COUNTY OF LOS ANGELES, ET AL., | |
| Defendants. | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 60 days, to request a status conference be scheduled if settlement is not consummated. The Court further VACATES the trial set for January 29, 2013.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 22, 2013

THE HON. STEPHEN V. WILSON
United States District Judge