1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  JAMES PARKER,                    )        CASE NO. CV12-0064-SVW (FFMx)

12            Plaintiff,             )        ORDER REMOVING CASE FROM
                                     )        ACTIVE CASELOAD
13        v.                         )

14  COUNTY OF LOS ANGELES,           )
    *et al.*,                        )
15                                   )
              Defendants.            )
16  _____)

17

18        The Court having been advised by the parties that the above-entitled action has

    been settled;
19
          IT IS THEREFORE ORDERED that this case is removed from this Court's
20
    active caseload without prejudice to the right, upon good cause shown within 30 days,
21
    to reopen this action if settlement is not consummated.
22
          This Court retains jurisdiction over this action and this Order shall not prejudice
23
    any party to this action.
24

25

26

27  Dated: 8/21/13          _____
                                      STEPHEN V. WILSON
                                      United States District Judge
28