UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES PARKER, | ) | CASE NO. CV12-0064-SVW (FFMx) |
| Plaintiff, | ) | ORDER REMOVING CASE FROM ACTIVE CASELOAD |
| v. | ) | |
| COUNTY OF LOS ANGELES, *et al.*, | ) | |
| Defendants. | ) | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 30 days, to reopen this action if settlement is not consummated.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: 8/21/13

_____
STEPHEN V. WILSON
United States District Judge